**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

LARRY CAMPBELL, on behalf of
himself and all individuals similarly
situated,

      Plaintiff,

v.                                                                            Civil No. 8:09-cv-03151 AW

SENTRYLINK, LLC,

      Defendant.

**LINE-APPEARANCE OF ADDITIONAL COUNSEL FOR THE PLAINTIFFS**

Please note the appearance of the following additional undersigned counsel for the Plaintiffs.

      Respectfully submitted,
      **LARRY CAMPBELL,** *individually and on behalf of similarly situated individuals*.

By: _____/s/_____
      Phillip Robinson, Esq., of Counsel
      (Bar No. 27824)
      Legg Law Firm, LLC
      Francis Scott Key Mall
      5500 Buckeystown Pike
      Frederick, MD 21703

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 19th day of May 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

 Andrew J. Morris, Bar No. 22945
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 – phone
(202) 310-5555 – fax
ajm@carrmaloney.com

           _____/s/_____
           Phillip Robinson, Esq.
           Legg Law Firm, LLC
           Francis Scott Key Mall
           5500 Buckeystown Pike
           Frederick, MD 21703