IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| LARRY CAMPBELL, on behalf of himself and all individuals similarly situated | : : : : | |
| Plaintiff | : : | |
| vs. | : : | Civil No. 8:09-cv-03151 AW |
| SENTRYLINK, LLC | : : | |
| Defendant | : | |

**SENTRYLINK, LLC'S RESPONSE TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO THE MOTION TO STRIKE ALLEGATIONS RELATING TO PROPOSED SUBCLASS A AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

In response to Plaintiff's memorandum in response to the Motion to Strike the Allegations Relating to Proposed Subclass A and Motion for Leave to File First Amended Complaint, Defendant SentryLink LLC ("SentryLink"), by undersigned counsel, states as follows:

SentryLink does not oppose Plaintiff's request to file an amended class action complaint. SentryLink does not, however, make any concessions about the Complaint, nor does it concede that the proposed First Amended Class Action Complaint's proposed class definitions would satisfy the requirements of Federal Rule of Civil Procedure 23. SentryLink reserves the right to challenge the proposed class definitions and other allegations contained in the proposed First Amended Class Action Complaint if it is deemed filed.

For purposes of clarification, and contrary to Plaintiff's assertion on page 2 of his reply, SentryLink makes no factual concessions at this early stage (including, for example, that SentryLink fails to provide consumer notices "at the time" it furnishes employment reports).

SentryLink accepted the initial allegations as true, as it must, only for the limited purpose of responding to the initial complaint.

          Respectfully submitted,

          /s/
          Andrew J. Morris, Bar No. 22945
          Carr Maloney P.C.
          1615 L Street, N.W., Suite 500
          Washington, DC  20036-5652
          (202) 310-5500 – phone
          (202) 310-5555 – fax
          ajm@carrmaloney.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of June, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Scott C. Borison, Esq.
>Phillip Robinson, Esq.
>Legg Law Firm, LLC
>Francis Scott Key Mall
>5500 Buckeystown Pike
>Frederick, MD  21703

>Respectfully submitted,

>/s/
>Andrew J. Morris, Bar No. 22945
>Carr Maloney P.C.
>1615 L Street, N.W., Suite 500
>Washington, DC  20036-5652
>(202) 310-5500 – phone
>(202) 310-5555 – fax
>ajm@carrmaloney.com