# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY CAMPBELL, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AW-09-3151 |
| SENTRYLINK, LLC, | * | |
| Defendant. | * | |

*************************************************************************

## ORDER

Before this Court is Defendant's Motion to Strike Allegations Relating to Proposed Subclass A. (Doc. No. 14). The Court has reviewed the entire record, as well as the Pleadings with respect to the instant motion. The allegations made in the Defendant's motion suggest that the Plaintiff has proposed an overbroad subclass which does not comply with the requirements of Federal Rule of Civil Procedure 23 for class certification. The Plaintiff has failed to timely respond to this motion. For this reason, IT IS, this **26th day of August, 2010**, in the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Defendant's Motion to Strike Allegations Relating to Proposed Subclass A (Doc. No. 14) is **GRANTED**; AND

2. The requests for certification of Subclass A be stricken from the Plaintiff's complaint; AND

3. The Clerk of Court transmit a copy of this Order to all counsel and parties of record.

/s/
Alexander Williams, Jr.
United States District Judge