IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| LARRY CAMPBELL, on behalf of himself and all individuals similarly situated | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil No. 8:09-cv-03151 AW |
| | : | |
| SENTRYLINK, LLC | : | |
| | : | |
| Defendant | : | |

**<u>LINE</u>**

Please note that Carr Maloney P.C., attorneys for ***Defendant SentryLink, LLC*** in the above-referenced matter will move on **November 8, 2010**.  The new address is

> CARR MALONEY, P.C
> 2000 L Street, NW
> Suite 450
> Washington, DC  20036

Please note that the telephone and fax numbers have not changed.

> Respectfully submitted,
>
> CARR MALONEY P.C.
>
>
> By:    /s/_____
>        Andrew J. Morris
>        1615 L Street, N.W., Suite 500
>        Washington, DC  20036
>        ajm@carrmaloney.com
>        (202) 310-5500/(202) 301-5555 (FAX)
>        Attorney for SentryLink LLC

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on the 28th day of October 2010, I will electronically file the

foregoing with the Clerk of the Court using the CM/ECF system which will then send a notification

of such filing (NEF) to the following:

> Scott C. Borison, Esq.
> Phillip Robinson, Esq.
> Legg Law Firm, LLC
> Francis Scott Key Mall
> 5500 Buckeystown Pike
> Frederick, MD 21703

Respectfully submitted,

/s/
Andrew J. Morris