IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MARYLAND GREENBELT DIVISION

| | |
|---|---|
| LARRY CAMPBELL, on behalf of himself and all individuals similarly situated<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SENTRYLINK, LLC,<br><br>　　　　Defendant. | Civil No. 8:09-cv-03151 AW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties hereby stipulate that this matter shall be dismissed without prejudice, with each party bearing its own costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

_____　　　　_____
Matthew J. Erausquin　　　　　　　　Andrew J. Morris
Consumer Litigation Associates, P.C.　Carr Maloney P.C.
1800 Diagonal Road, Suite 600　　　2000 L Street, N.W., Suite 450
Alexandria, Virginia 22314　　　　　Washington, D.C. 20036
(703) 273-7770 (Telephone)　　　　(202) 310-5500 (Telephone)
(888) 892-3512 (Facsimile)　　　　　(202) 310-5555 (Facsimile)
matt@clalegal.com　　　　　　　　　ajm@carrmaloney.com
***Counsel for the Plaintiff***　　　　　***Counsel for the Defendant***

SO ORDERED.

_____
Judge Alexander Williams, Jr.