## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

LARRY CAMPBELL, on behalf of himself
and all individuals similarly situated,

          Plaintiff,

          vs.                               Civil Action No.   AW-09-3151

SENTRYLINK, LLC,

          Defendant.

******

## ORDER

This Court has been advised by the parties that this matter has settled.  Accordingly, pursuant to Local Rule 111, IT IS this **17th Day of March, 2011**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is *without prejudice* to the right of either party to move for good cause within **30 days** to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER **ORDERED**:

1. That the Clerk of the Court **CLOSE** this case; AND

2. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                                                  /s/
                                                     Alexander Williams, Jr.
                                                     United States District Judge